DAVID M. SALENTINE, ESQ. [CA SBN 92312]
Law Offices of David M. Salentine
465 California Street, Suite 400
San Francisco, CA 94104
Telephone: 415-982-1325
Facsimile: 415-982-1923

Attorney for Defendant Aeronet, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

*E-FILED - 1/31/07*

| | |
|---|---|
| TREND TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TRANS-PAK, INCORPORATED, et al. <br><br> Defendants | Case No. C06-02620 RMW (PVT) (ADR) <br><br> STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATION

The parties, by their undersigned counsel of record, stipulate that this entire action may be dismissed with prejudice and without costs.

Dated this 22d day of November, 2006

GALFIN, PASSON & GREELY, LLP

By _____
     TED A. GALFIN
   Attorneys for Plaintiff TREND
   TECHNOLGIES, INC.

EMARD DANOFF PORT TAMULSKI & PAETZOLD, LLP


By _____/s/_____
         ERIC DANOFF
   Attorneys for Defendant TRANS-PAK,
         INCORPORATED


BARGER & WOLEN LLP


By _____/s/_____
         THOMAS R. BEER
   Attorneys for Third-Party Defendant SSA
         TERMINALS, LLC


LAW OFFICES OF DAVID M. SALENTINE


By _____/s/_____
         DAVID M. SALENTINE
   Attorney for Defendant AERONET, INC.


KAYE ROSE & PARTNERS, LLP


By _____/s/_____
         RONALD K. LOSCH
   Attorneys for Third-party Defendant
         TMM LINES LIMITED, LLC

## ORDER

Upon the foregoing stipulation of counsel, IT IS SO ORDERED.

Dated this 31 day of January, 2007

              M.
RONALD K. WHYTE

*/s/ Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE